

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-19-00185-CV

_____

IN RE DIMENSION ENERGY SEVICES, LLC
F/K/A ENERGY SERVICES ACQUISITIONS II, LLC, RELATOR

Original Proceeding
Arising From Proceedings Before the 31st District Court
Wheeler County, Texas
Trial Court No. 13,809; Honorable Steve R. Emmert, Presiding

June 14, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Relator, Dimension Energy Services, LLC formerly known as Energy Services Acquisitions II, LLC, filed a petition for writ of mandamus to compel the trial court to vacate its *Order for Turnover* in favor of Real Party in Interest, Michael O'Gorman. Now pending before this court is the *Agreed Motion to Dismiss Petition for Writ of Mandamus Without Prejudice* filed by Relator. By this motion, Relator represents that the parties have reached an agreement to dismiss this proceeding without prejudice to refiling same as

part of their efforts to resolve the underlying matter. Accordingly, without passing on the merits of Relator's petition, we grant the motion and dismiss the original proceeding without prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the motion, all costs shall be taxed against the parties incurring them. *Id.* at 42.1(d). Having dismissed this proceeding at Relator's request, no motion for rehearing will be entertained.

Per Curiam